# EXHIBIT
# "A"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
----------------------------------------------------------------------X

TANI CALLABRASS, TEONNA BLANKS and TAZHANE BLANKS,

Plaintiffs,

-against-

D & C FREIGHT INC,
FEDERAL EXPRESS CORPORATION and "JOHN DOE", first and last names being fictitious and unknown; party intended to be the driver of the motor vehicle,

Defendants.

----------------------------------------------------------------------X

Index No.:
Date Purchased:

## SUMMONS

Plaintiffs designate Bronx County as the place of trial.

The basis of venue is Location of Incident:
New England Thruway and Pelham Parkway
Bronx, New York

County of Bronx

## THE ABOVE NAMED DEFENDANTS:

**YOU ARE HEREBY SUMMONED** to answer the complaint in this action, and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff's attorney(s) within twenty days after the service of this summons, exclusive of the day of service, where service is made by delivery upon you personally within the state, or, within 30 days after completion of service where service is made in any other manner. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: Westbury, New York
August 26, 2024

**LEVINE AND WISS, PLLC**

By: ______________________
**SCOTT L. WISS**
Attorneys for Plaintiffs
1065 Old Country Road, Suite 203
Westbury, New York 11590
(516) 747-3222
File No. LAW 5215/JDW.uc

**DEFENDANT'S ADDRESSES:**

**D & C FREIGHT INC**
4120 W. 18th Avenue
Wall Township, NJ 07727-3704
*Via VTL§253 Secretary of State*

**FEDERAL EXPRESS CORPORATION**
C/O CT Corporation
28 Liberty Street
New York, New York 10005

**"JOHN DOE"**
C/O FEDERAL EXPRESS
28 Liberty Street
New York, New York 10005

LEVINE AND WISS, PLLC.
Attorneys at Law
1065 Old Country Rd, Ste 203
Westbury, NY 11590
(516) 747-3222

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------------------X

TANI CALLABRASS, TEONNA BLANKS and TAZHANE BLANKS,

Plaintiffs,

-against-

D & C FREIGHT INC, FEDERAL EXPRESS CORPORATION and "JOHN DOE", first and last names being fictitious and unknown; party intended to be the driver of the motor vehicle,

Defendants.
------------------------------------------------------------------------X

**COMPLAINT**

Index No.:

Plaintiffs, TANI CALLABRASS, TEONNA BLANKS and TAZHANE BLANKS by their attorneys, LEVINE AND WISS, PLLC, complaining of the defendants respectfully alleges upon information and belief, as follows:

1. At all times hereinafter mentioned, plaintiff TANI CALLABRASS was and still is a resident of New Haven County, State of Connecticut.

2. At all times hereinafter mentioned, plaintiff TEONNA BLANKS was and still is a resident of New Haven County, State of Connecticut.

3. At all times hereinafter mentioned, plaintiff TAZHANE BLANKS was and still is a resident of New Haven County, State of Connecticut.

4. At all times hereinafter mentioned, defendant "JOHN DOE" was and still is a resident of the State of New York.

5. That the within cause of the action arose in the County of Bronx, City and State of New York.

6. At all times hereinafter mentioned, defendant D & C FREIGHT INC was and still is a Domestic Business Corporation, duly organized and existing pursuant to the laws of the State of New Jersey .

LEVINE AND WISS, PLLC.
Attorneys at Law
1065 Old Country Rd, Ste 203
Westbury, NY 11590
(516) 747-3222

7. At all times hereinafter mentioned, defendant D & C FREIGHT INC maintained a principal place of business in the State of New York.

8. At all times hereinafter mentioned, defendant D & C FREIGHT INC maintained a place of business in the State of New York.

9. At all times hereinafter mentioned, defendant D & C FREIGHT INC is authorized to do business in the State of New York

10. At all times hereinafter mentioned, defendant D & C FREIGHT INC does business in the State of New York.

11. At all times hereinafter mentioned, defendant FEDERAL EXPRESS CORPORATION was and still is a Foreign Business Corporation, duly organized and existing pursuant to the laws of the State of Delaware.

12. At all times hereinafter mentioned, defendant FEDERAL EXPRESS CORPORATION maintained a principal place of business in the State of New York.

13. At all times hereinafter mentioned, defendant FEDERAL EXPRESS CORPORATION maintained a place of business in the State of New York.

14. At all times hereinafter mentioned, defendant FEDERAL EXPRESS CORPORATION is authorized to do business in the State of New York

15. At all times hereinafter mentioned, defendant FEDERAL EXPRESS CORPORATION does business in the State of New York.

16. At all times hereinafter mentioned, defendant D & C FREIGHT INC was the owner of a 2022 Great Dane Trailer motor vehicle bearing Indiana Registration number PA18450 for the year 2023.

17. At all times hereinafter mentioned, defendant D & C FREIGHT INC was the registered owner of a 2022 Great Dane Trailer motor vehicle bearing Indiana Registration number PA18450 for the year 2023.

LEVINE AND WISS, PLLC.
Attorneys at Law
1065 Old Country Rd, Ste 203
Westbury, NY 11590
(516) 747-3222

18. At all times hereinafter mentioned, defendant D & C FREIGHT INC was the lessee of a 2022 Great Dane Trailer motor vehicle bearing Indiana Registration number PA18450 for the year 2023.

19. At all times hereinafter mentioned, defendant "JOHN DOE" leased the aforesaid motor vehicle from defendant D & C FREIGHT INC.

20. At all times hereinafter mentioned, defendant D & C FREIGHT INC leased the aforesaid motor vehicle to defendant "JOHN DOE".

21. All times hereinafter mentioned, defendant "JOHN DOE" rented the aforesaid motor vehicle from defendant D & C FREIGHT INC.

22. All times hereinafter mentioned, defendant D & C FREIGHT INC rented the aforesaid motor vehicle from defendant "JOHN DOE".

23. That on September 16, 2023, and at all times hereinafter mentioned, defendant "JOHN DOE" operated the aforementioned motor vehicle owned by defendant D & C FREIGHT INC

24. That on September 16, 2023, and at all times hereinafter mentioned, defendant "JOHN DOE" was employed by defendant D & C FREIGHT INC.

25. That on September 16, 2023, and at all times hereinafter mentioned, defendant "JOHN DOE" operated the aforementioned motor vehicle within the scope of his employment with defendant D & C FREIGHT INC.

26. That on September 16, 2023, and at all times hereinafter mentioned, defendant "JOHN DOE" operated the aforementioned motor vehicle in furtherance of the business interests of defendant D & C FREIGHT INC .

27. At all times hereinafter mentioned, defendant "JOHN DOE"operated the aforementioned motor vehicle with the permission, express or implied, of defendant D & C FREIGHT INC.

LEVINE AND WISS, PLLC.
Attorneys at Law
1065 Old Country Rd, Ste 203
Westbury, NY 11590
(516) 747-3222

28. At all times hereinafter mentioned, defendant "JOHN DOE"operated the aforementioned motor vehicle with the knowledge, express or implied, of defendant D & C FREIGHT INC.

29. At all times hereinafter mentioned, defendant "JOHN DOE"operated the aforementioned motor vehicle with the consent, express or implied, of defendant D & C FREIGHT INC.

30. At all times hereinafter mentioned, defendant D & C FREIGHT INC managed the aforementioned motor vehicle.

31. At all times hereinafter mentioned, defendant D & C FREIGHT INC was responsible for the maintenance of the aforementioned motor vehicle.

32. At all times hereinafter mentioned, defendant D & C FREIGHT INC controlled the aforementioned motor vehicle.

33. At all times hereinafter mentioned, defendant D & C FREIGHT INC had a duty to keep the aforementioned motor vehicle in good and safe repair.

34. At all times hereinafter mentioned, defendant D & C FREIGHT INC had a duty to perform periodic inspections of the aforementioned motor vehicle.

35. At all times hereinafter mentioned, defendant "JOHN DOE" managed the aforementioned motor vehicle.

36. At all times hereinafter mentioned, defendant "JOHN DOE" was responsible for the maintenance of the aforementioned motor vehicle.

37. At all times hereinafter mentioned, defendant "JOHN DOE" controlled the aforementioned motor vehicle.

38. At all times hereinafter mentioned, defendant "JOHN DOE" had a duty to keep the aforementioned motor vehicle in good and safe repair.

LEVINE AND WISS, PLLC.
Attorneys at Law
1065 Old Country Rd, Ste 203
Westbury, NY 11590
(516) 747-3222

39. At all times hereinafter mentioned, defendant "JOHN DOE" had a duty to perform periodic inspections of the aforementioned motor vehicle.

40. At all times hereinafter mentioned, defendant FEDERAL EXPRESS CORPORATION was the owner of a 2022 Great Dane Trailer motor vehicle bearing Indiana Registration number PA18450 for the year 2023.

41. At all times hereinafter mentioned, defendant FEDERAL EXPRESS CORPORATION was the registered owner of a 2022 Great Dane Trailer motor vehicle bearing Indiana Registration number PA18450 for the year 2023.

42. At all times hereinafter mentioned, defendant FEDERAL EXPRESS CORPORATION was the lessee of a 2022 Great Dane Trailer motor vehicle bearing Indiana Registration number PA18450 for the year 2023.

43. At all times hereinafter mentioned, defendant "JOHN DOE" leased the aforesaid motor vehicle from defendant FEDERAL EXPRESS CORPORATION.

44. At all times hereinafter mentioned, defendant FEDERAL EXPRESS CORPORATION leased the aforesaid motor vehicle to defendant "JOHN DOE" .

45. All times hereinafter mentioned, defendant "JOHN DOE" rented the aforesaid motor vehicle from defendant FEDERAL EXPRESS CORPORATION.

46. All times hereinafter mentioned, defendant FEDERAL EXPRESS CORPORATION rented the aforesaid motor vehicle from defendant "JOHN DOE".

47. That on September 16, 2023, and at all times hereinafter mentioned, defendant "JOHN DOE" operated the aforementioned motor vehicle owned by defendant FEDERAL EXPRESS CORPORATION.

48. That on September 16, 2023, and at all times hereinafter mentioned, defendant "JOHN DOE" was employed by defendant FEDERAL EXPRESS CORPORATION.

LEVINE AND WISS, PLLC.
Attorneys at Law
1065 Old Country Rd, Ste 203
Westbury, NY 11590
(516) 747-3222

49. That on September 16, 2023, and at all times hereinafter mentioned, defendant "JOHN DOE" operated the aforementioned motor vehicle within the scope of his employment with defendant FEDERAL EXPRESS CORPORATION.

50. That on September 16, 2023, and at all times hereinafter mentioned, defendant "JOHN DOE" operated the aforementioned motor vehicle in furtherance of the business interests of defendant FEDERAL EXPRESS CORPORATION.

51. At all times hereinafter mentioned, defendant "JOHN DOE"operated the aforementioned motor vehicle with the permission, express or implied, of defendant FEDERAL EXPRESS CORPORATION.

52. At all times hereinafter mentioned, defendant "JOHN DOE"operated the aforementioned motor vehicle with the knowledge, express or implied, of defendant FEDERAL EXPRESS CORPORATION.

53. At all times hereinafter mentioned, defendant "JOHN DOE"operated the aforementioned motor vehicle with the consent, express or implied, of defendant FEDERAL EXPRESS CORPORATION.

54. At all times hereinafter mentioned, defendant FEDERAL EXPRESS CORPORATION managed the aforementioned motor vehicle.

55. At all times hereinafter mentioned, defendant FEDERAL EXPRESS CORPORATION was responsible for the maintenance of the aforementioned motor vehicle.

56. At all times hereinafter mentioned, defendant FEDERAL EXPRESS CORPORATION controlled the aforementioned motor vehicle.

57. At all times hereinafter mentioned, defendant FEDERAL EXPRESS CORPORATION had a duty to keep the aforementioned motor vehicle in good and safe repair.

LEVINE AND WISS, PLLC.
Attorneys at Law
1065 Old Country Rd, Ste 203
Westbury, NY 11590
(516) 747-3222

58. At all times hereinafter mentioned, defendant FEDERAL EXPRESS CORPORATION had a duty to perform periodic inspections of the aforementioned motor vehicle.

59. At all times hereinafter mentioned, defendant "JOHN DOE" managed the aforementioned motor vehicle.

60. At all times hereinafter mentioned, defendant "JOHN DOE" was responsible for the maintenance of the aforementioned motor vehicle.

61. At all times hereinafter mentioned, defendant "JOHN DOE" controlled the aforementioned motor vehicle.

62. At all times hereinafter mentioned, defendant "JOHN DOE" had a duty to keep the aforementioned motor vehicle in good and safe repair.

63. At all times hereinafter mentioned, defendant "JOHN DOE" had a duty to perform periodic inspections of the aforementioned motor vehicle.

64. At all times hereinafter mentioned, plaintiff TANI CALLABRASS was the operator of the 2017 Kia motor vehicle bearing Connecticut State Registration number BK40044.

65. At all times hereinafter mentioned, plaintiff TEONNA BLANKS and TAZHANE BLANKS were both lawful passengers in the aforementioned motor vehicle operated by plaintiff TANI CALLABRASS.

66. At all times hereinafter mentioned, The New England Thruway at or near its intersection with Pelham Parkway, County of Bronx, City and State of New York, was and still is a public roadway and/or thoroughfare in common use by the general public.

67. That on September 16, 2023, defendant TANI CALLABRASS operated the aforesaid motor vehicle at the aforementioned location.

LEVINE AND WISS, PLLC.
Attorneys at Law
1065 Old Country Rd, Ste 203
Westbury, NY 11590
(516) 747-3222

68. That on September 16, 2023, defendant "JOHN DOE" operated the aforesaid motor vehicle at the aforementioned location.

69. That on September 16, 2023, at the aforementioned location, the motor vehicle operated by defendant "JOHN DOE" struck the aforementioned motor vehicle operated by plaintiff TANI CALLABRASS in which plaintiffs TEONNA BLANKS and TAZHANE BLANKS were passengers.

70. That on September 16, 2023, at the aforementioned location, the motor vehicle operated by defendant "JOHN DOE" came into contact with the aforementioned motor vehicle operated by plaintiff TANI CALLABRASS in which plaintiff TEONNA BLANKS and TAZHANE BLANKS were passengers.

71. At the above time and place, there was contact between the aforesaid motor vehicles.

**AS AND FOR A FIRST CAUSE OF ACTION ON BEHALF OF PLAINTIFF TANI CALLABRASS AGAINST DEFENDANTS D & C FREIGHT INC , FEDERAL EXPRESS CORPORATION AND "JOHN DOE"**

72. That at all times hereinafter mentioned, plaintiff repeats, reiterates and realleges each and every allegation set forth in paragraphs "1" through "71", inclusive, contained herein as though same were more fully set forth at length herein.

73. That as a result of the aforesaid contact, plaintiff TANI CALLABRASS was injured.

74. That as a result of the aforesaid contact, plaintiff TANI CALLABRASS was seriously injured.

75. That the aforesaid occurrence was caused wholly and solely by reason of the negligence of the defendants without any fault or negligence on the part of the plaintiffs, contributing thereto.

LEVINE AND WISS, PLLC.
Attorneys at Law
1065 Old Country Rd, Ste 203
Westbury, NY 11590
(516) 747-3222

76. That defendants were negligent, careless and reckless in the ownership, operation, management, maintenance, supervision, use and control of the aforesaid motor vehicle.

77. That by reason of the foregoing, plaintiff TANI CALLABRASS sustained severe and permanent personal injuries and was otherwise damaged.

78. That plaintiff TANI CALLABRASS sustained serious injuries as defined in §5102d of the Insurance Law of the State of New York.

79. That plaintiff TANI CALLABRASS sustained serious injuries and economic loss greater than basic economic loss as to satisfy the exceptions of §5104 of the Insurance Law. That plaintiff was caused to sustain and incur medical bills and out-of-pocket expenses in a sum which exceeds the jurisdictional limitations of all lower courts which would otherwise have jurisdiction over this action.

80. That plaintiff TANI CALLABRASS is not seeking to recover any damages for which plaintiff has been reimbursed by No-Fault insurance and/or for which No-Fault insurance is obligated to reimburse plaintiff.

81. Plaintiff is only seeking to recover those damages not recoverable through no-fault insurance under the facts and circumstances in this action.

82. That this action falls within one or more of the exceptions as set forth in CPLR §1602.

83. That by reason of the foregoing, plaintiff TANI CALLABRASS has been damaged in a sum which exceeds the jurisdictional limitations of all lower courts which would otherwise have jurisdiction over this action.

LEVINE AND WISS, PLLC.
Attorneys at Law
1065 Old Country Rd, Ste 203
Westbury, NY 11590
(516) 747-3222

**AS AND FOR A SECOND CAUSE OF ACTION ON BEHALF OF PLAINTIFF TEONNA BLANKS AGAINST DEFENDANTS D & C FREIGHT INC. FEDERAL EXPRESS CORPORATION AND "JOHN DOE"**

84. That at all times hereinafter mentioned, plaintiff repeats, reiterates and realleges each and every allegation set forth in paragraphs "1" through "83", inclusive, contained herein as though same were more fully set forth at length herein.

85. That as a result of the aforesaid contact, plaintiff TEONNA BLANKS was injured.

86. That as a result of the aforesaid contact, plaintiff TEONNA BLANKS was seriously injured.

87. That the aforesaid occurrence was caused wholly and solely by reason of the negligence of the defendants without any fault or negligence on the part of the plaintiff TEONNA BLANKS contributing thereto.

88. That defendants were negligent, careless and reckless in the ownership, operation, management, maintenance, supervision, use and control of the aforesaid vehicle.

89. That by reason of the foregoing, plaintiff TEONNA BLANKS sustained severe and permanent personal injuries and was otherwise damaged.

90. That plaintiff TEONNA BLANKS sustained serious injuries as defined in §5102d of the Insurance Law of the State of New York.

91. That plaintiff TEONNA BLANKS sustained serious injuries and economic loss greater than basic economic loss as to satisfy the exceptions of §5104 of the Insurance Law. That plaintiff was caused to sustain and incur medical bills and out-of-pocket expenses in a sum which exceeds the jurisdictional limitations of all lower courts which would otherwise have jurisdiction over this action.

LEVINE AND WISS, PLLC.
Attorneys at Law
1065 Old Country Rd, Ste 203
Westbury, NY 11590
(516) 747-3222

92. That plaintiff TEONNA BLANKS is not seeking to recover any damages for which plaintiff has been reimbursed by No-Fault insurance and/or for which No-Fault insurance is obligated to reimburse plaintiff.

93. Plaintiff is only seeking to recover those damages not recoverable through no-fault insurance under the facts and circumstances in this action.

94. That this action falls within one or more of the exceptions as set forth in CPLR §1602.

95. That by reason of the foregoing, plaintiff TEONNA BLANKS has been damaged in a sum which exceeds the jurisdictional limitations of all lower courts which would otherwise have jurisdiction over this action.

**AS AND FOR A THIRD CAUSE OF ACTION ON BEHALF OF PLAINTIFF TAZHANE BLANKS AGAINST DEFENDANTS D & C FREIGHT INC, FEDERAL EXPRESS CORPORATION AND "JOHN DOE"**

96. That at all times hereinafter mentioned, plaintiff repeats, reiterates and realleges each and every allegation set forth in paragraphs "1" through "95", inclusive, contained herein as though same were more fully set forth at length herein.

97. That as a result of the aforesaid contact, plaintiff TAZHANE BLANKS was injured.

98. That as a result of the aforesaid contact, plaintiff TAZHANE BLANKS was seriously injured.

99. That the aforesaid occurrence was caused wholly and solely by reason of the negligence of the defendants without any fault or negligence on the part of the plaintiff TAZHANE BLANKS contributing thereto.

LEVINE AND WISS, PLLC.
Attorneys at Law
1065 Old Country Rd, Ste 203
Westbury, NY 11590
(516) 747-3222

100. That defendants were negligent, careless and reckless in the ownership, operation, management, maintenance, supervision, use and control of the aforesaid vehicle.

101. That by reason of the foregoing, plaintiff TAZHANE BLANKS sustained severe and permanent personal injuries and was otherwise damaged.

102. That plaintiff TAZHANE BLANKS sustained serious injuries as defined in §5102d of the Insurance Law of the State of New York.

103. That plaintiff TAZHANE BLANKS sustained serious injuries and economic loss greater than basic economic loss as to satisfy the exceptions of §5104 of the Insurance Law. That plaintiff was caused to sustain and incur medical bills and out-of-pocket expenses in a sum which exceeds the jurisdictional limitations of all lower courts which would otherwise have jurisdiction over this action.

104. That plaintiff TAZHANE BLANKS is not seeking to recover any damages for which plaintiff has been reimbursed by No-Fault insurance and/or for which No-Fault insurance is obligated to reimburse plaintiff.

105. Plaintiff TAZHANE BLANKS is only seeking to recover those damages not recoverable through no-fault insurance under the facts and circumstances in this action.

106. That this action falls within one or more of the exceptions as set forth in CPLR §1602.

107. That by reason of the foregoing, plaintiff TAZHANE BLANKS has been damaged in a sum which exceeds the jurisdictional limitations of all lower courts which would otherwise have jurisdiction over this action.

LEVINE AND WISS, PLLC.
Attorneys at Law
1065 Old Country Rd, Ste 203
Westbury, NY 11590
(516) 747-3222

WHEREFORE, plaintiffs demand judgment against the defendants on the First Cause of Action in an amount which exceeds the jurisdictional limitations of all lower courts which would otherwise have jurisdiction over this action; on the Second Cause of Action in the amount which exceeds the jurisdictional limitations of all lower courts which would otherwise have jurisdiction over this action; on the Third Cause of Action in the amount which exceeds the jurisdictional limitations of all lower courts which would otherwise have jurisdiction over this action together with the interest, costs and disbursements.

Dated: Westbury, New York
August 26, 2024

**LEVINE AND WISS, PLLC**

By:____________________
**SCOTT L. WISS**
*Attorneys for Plaintiffs*
1065 Old Country Road, Suite 203
Westbury, New York 11590
(516) 747-3222
File No. LAW 5215/JDW.uc

LEVINE AND WISS, PLLC.
Attorneys at Law
1065 Old Country Rd, Ste 203
Westbury, NY 11590
(516) 747-3222

Index No. Year

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

TANI CALLABRASS, TEONNA BLANKS and TAZHANE BLANKS,

Plaintiffs,

-against-

D & C FREIGHT INC, FEDERAL EXPRESS CORPORATION and "JOHN DOE", first and last names being fictitious and unknown; party intended to be the driver of the motor vehicle,

Defendants.

SUMMONS AND COMPLAINT

**LEVINE AND WISS, PLLC**
*Attorneys for Plaintiff*
*Office and Post Office Address, Telephone*
**1065 OLD COUNTRY ROAD, SUITE 203**
**WESTBURY, NEW YORK 11590**
**(516) 747-3222**

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the Courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained on the annexed document are not frivolous and that we are in compliance with the remaining sections thereof and with Section 22 NYCRR 1200.41-a.*

*Dated: August 26, 2024* *Signature* ____________
*Print Signer's Name Scott L Wiss, Esq.*

Service of a copy of the within is hereby admitted.
Dated
Attorneys for ..............................................

*S I R : - PLEASE TAKE NOTICE*

☐ NOTICE OF ENTRY — that the within is a *(certified)* true copy of a duly entered in the office of the clerk of the within named court on

☐ NOTICE OF SETTLEMENT — that an Order of which the within is a true copy will be presented for settlement to the Hon. one of the judges of the within named court, at on at AM.

Dated:

Yours, etc.,

**LEVINE AND WISS, PLLC**
*Attorneys for Plaintiff*
*Office and Post Office Address, Telephone*
1065 OLD COUNTRY ROAD, SUITE 203
WESTBURY, NEW YORK 11590
(516) 747-3222