```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
TANI CALLABRASS, TEEONNA BLANKS, AND
TAZHANE BLANKS,
```

     Plaintiffs,    **ORDER**

  - against -      24 Civ. 9762 (NRB)

```
D&C FREIGHT, INC., FEDERAL EXPRESS
CORPORATION and "JOHN DOE", first and
last name being fictitious and
unknown; party intended to be the
driver of the motor vehicle,
```

     Defendants.
```
---------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

  It having been reported to this Court that the parties have reached a settlement in this case, it is hereby

  **ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 45 days.

DATED: New York, New York
    May 9, 2025

            _____
            NAOMI REICE BUCHWALD
            UNITED STATES DISTRICT JUDGE